**SEALED**

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | TODD PICKLES |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 554-2766 |
| | Facsimile: (916) 554-2900 |

**FILED**

MAY 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                 )  2:12-SW-0279  EFB
APPLICATION OF THE UNITED STATES     )  NO. 2:12-SW-
OF AMERICA FOR AUTHORIZATION TO      )
OBTAIN LOCATION DATA CONCERNING      )
CELLULAR TELEPHONE 909-282-4944      )  SEALING ORDER
                                     )

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: 5-23-2012

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1